■ In the Matter of JESSE MM., Respondent, v JASMIN NN., Appellant. (And Another Related Proceeding.) [982 NYS2d 807]— Appeal from an order of the Family Court of Ulster County (McGinty, J.), entered November 1, 2012, which, among other things, partially granted petitioner's application, in a proceeding pursuant to Family Ct Act article 6, for custody of the parties' children.

Order affirmed, upon the opinion of Judge Anthony McGinty.

Peters, P.J., Lahtinen, Stein and Egan Jr., JJ., concur. Ordered that the order is affirmed, without costs.